IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Ollie V | Case Number: 08 B 20451 |
|---|---|---|
| | Williams, Angelique C | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 8/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 5, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,829.29 | |
| Secured: | | 1,447.08 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 101.86 |
| Other Funds: | | 3,280.35 |
| Totals: | 4,829.29 | 4,829.29 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Beneficial | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 9,530.53 | 1,407.08 |
| 5. | American General Finance | Secured | 2,250.00 | 40.00 |
| 6. | America's Servicing Co | Secured | 46,656.19 | 0.00 |
| 7. | HSBC Mortgage Services | Secured | 8,870.10 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 558.48 | 0.00 |
| 9. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 10. | LeLand Scott & Associates | Unsecured | 36.77 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 41.03 | 0.00 |
| 12. | PRA Receivables Management | Unsecured | 16.45 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 559.08 | 0.00 |
| 14. | PRA Receivables Management | Unsecured | 149.68 | 0.00 |
| 15. | PRA Receivables Management | Unsecured | 60.70 | 0.00 |
| 16. | National Auto Finance Co | Unsecured | 1,265.84 | 0.00 |
| 17. | Patients 1st ER Med Consult PC | Unsecured | 55.65 | 0.00 |
| 18. | Community Hospital | Unsecured | 50.72 | 0.00 |
| 19. | PRA Receivables Management | Unsecured | 54.16 | 0.00 |
| 20. | Washington Mutual Bank FA | Secured | | No Claim Filed |
| 21. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 22. | AFNI | Unsecured | | No Claim Filed |
| 23. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 24. | Allied Interstate | Unsecured | | No Claim Filed |
| 25. | CBA | Unsecured | | No Claim Filed |
| 26. | CB USA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Ollie V | Case Number: 08 B 20451 |
|---|---|---|
| | Williams, Angelique C | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 8/5/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | CBCS | Unsecured | | No Claim Filed |
| 28. | CB USA | Unsecured | | No Claim Filed |
| 29. | Cbe Group | Unsecured | | No Claim Filed |
| 30. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 31. | Credit Management Co. | Unsecured | | No Claim Filed |
| 32. | Medical Collections | Unsecured | | No Claim Filed |
| 33. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | $ 70,155.38 | $ 1,447.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 25.15 |
| 6.6% | 76.71 |
| | $ 101.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

